UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA



FILED
MAR 9 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

UNITED STATES OF AMERICA
                VS.

CASE/CITATION NO. 2:10mj362 DAD

Merab Oceguera

ORDER TO PAY

SOCIAL SECURITY #: _____
DATE OF BIRTH: _____
DRIVER'S LICENSE #: _____
ADDRESS: _____
_____
CITY           STATE         ZIP CODE

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.

X  DATE: 3/9/11            X _____
                                 DEFENDANT'S SIGNATURE

YOU ARE HEREBY ORDERED TO PAY/COMPLY THE FOLLOWING: Control Date 10/11/11 @ 10:00 a.m.

(✓) Fine: $ 300 _____ and a penalty assessment of $ 10 _____ for a TOTAL AMOUNT OF: $ 310 _____ within _____ days/months; or payments of $ _____ per month, commencing _____ and due on the _____ of each month until paid in full.
( ) Restitution: _____
( ) Community Service _____ with fees not to exceed $ _____
    completed by _____

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):

CENTRAL VIOLATIONS BUREAU       CLERK, USDC                    **CLERK, USDC**
PO BOX 70939                    2500 TULARE ST., RM. 1501      **501 I STREET, STE. 4-200**
CHARLOTTE, NC 28272-0939        FRESNO, CA 93721-1322          **SACRAMENTO, CA 95814-2322**

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: 3/9/11          **DALE A. DROZD**
                      _____
                      U.S. MAGISTRATE JUDGE

Clerk's Office

FPI-PET                                                          EDCA-3